# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA LOPEZ-FRAUSTO, | ) Case No.: 1:17-cv-1106- JLT |
| Plaintiff, | ) ORDER GRANTING AN EXTENSION OF TIME |
| v. | ) (Doc. 14) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

On May 7, 2018, the parties stipulated that Defendant have an extension of thirty days to file a response to Plaintiff's opening brief. (Doc. 14) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5-1 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

1. The request for an extension of time (Doc. 14) is **GRANTED**; and
2. Defendant **SHALL** file the certified administrative record on or before **June 11, 2018**.

IT IS SO ORDERED.

Dated: __May 8, 2018__                    __/s/ Jennifer L. Thurston__
                                          UNITED STATES MAGISTRATE JUDGE